UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

POWERFUL NAVIGATION S.A.,

              Plaintiff,        09 Civ. 1320 (JGK)

    - against -              ORDER

PRINCESS TUNA MAURITIUS LTD,

              Defendant.
---

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 9, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            June 8, 2009

                                        John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-9-09